### Teunis Quick v. Benajah Merrill.

IT did not appear that notice of retainer of attorney for the defendant, had been received, but notice of bail was admitted, an exception to which was taken, (on a motion to set aside a default, and other proceedings, accompanied by an affidavit of merits,) that it was entituled " *Benajah Merrill* ads. *Jeunis Quick ;*" and the want of notice of retainer was also urged.

*Per Curiam.* Notice of bail, necessarily imports a notice of retainer as attorney. As to the title of the notice, the ruling principle is, that if the party served be not misled, or the papers be not such as evidently *may* mislead, a mere clerical misprision shall not prejudice. It does not appear, that there was any other cause depending against *Merrill.* In liberal practice, the notice ought to have been received, and the objections must, therefore, be overruled.